IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF/RESPONDENT

vs.                    Case No. 4:07-cr-40003-002

MICHAEL E. BROWN                                       DEFENDANT/MOVANT

### ORDER

Before the Court is the Report and Recommendation filed July 18, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 91). Judge Setser recommends that Defendant's Motion to Dismiss Motion for Judicial Review (ECF No. 89) be granted and that Defendant's Motion for Judicial Review (ECF No. 86) be dismissed. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Dismiss (ECF No. 89) should be and hereby is **GRANTED**, and his Motion for Judicial Review (ECF No. 86) is **DISMISSED**.

**IT IS SO ORDERED**, this 27th day of November, 2012.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge