IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                             PLAINTIFF

VS.                        CASE NO. 4:07-CR-40003-HFB-001

CARL JAMES EASTER                                                                     DEFENDANT

## **ORDER**

Before the Court is a Motion for Order to Participate in Intensive Drug Treatment Program filed by Defendant Carl James Easter. (ECF No. 94). Defendant is seeking a recommendation from the Court that he participate in an intensive drug treatment program while incarcerated. The Court notes that the determination whether or not Defendant can participate in the drug treatment program is within the sole discretion of the United States Bureau of Prisons ("BOP"), and the BOP is free to disregard a court's recommendation. *See* 18 U.S.C. § 3621. In this case, there is nothing in the record that supports a recommendation from this Court that Defendant participate in a drug treatment program. In fact, Defendant has denied any use of controlled substances. Thus, Defendant's Motion for Order to Participate in Intensive Drug Treatment Program (ECF No. 94) is **DENIED**.

IT IS SO ORDERED, this 17th day of January, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
Senior United States District Judge